230 (Iowa 2000) (en banc) (standard for awarding punitive damages requires showing that, by "a preponderance of clear, convincing, and satisfactory evidence, the conduct of the defendant from which the claim arose constituted willful and wanton disregard for the rights or safety of another"; "willful and wanton disregard" includes intentional act in disregard of known or obvious risk creating high probability of harm, usually accompanied by conscious indifference to consequences); *cf. Heslinga v. Bollman*, 482 N.W.2d 921, 922 (Iowa 1992) (affirming judgment for compensatory and punitive damages in action for conversion). We thus find it unnecessary to address the merits of the district court's additional liability determinations. *See Simmons v. Cook*, 154 F.3d 805, 808–09 (8th Cir.1998) (appellate court may affirm on any basis supported by record).

Finally, we reject as meritless Drizin's suggestion that reversal is appropriate because of improper conduct by the district court or by NIE's counsel.

The judgment is affirmed. *See* 8th Cir. R. 47B.

Maria R. Moran, U.S. Attorney's Office, Omaha, NE, for Appellee.

Alfredo Hernandez–Aguilar, Leavenworth, KS, pro se.

Stefanie A. Martinez, Omaha, NE, for Appellant.

Before BYE, RILEY, and MELLOY, Circuit Judges.

## UNITED STATES of America, Appellee,

v.

## Alfredo HERNANDEZ–AGUILAR, Appellant.

### No. 06–2711.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 15, 2007.

Filed: Sept. 10, 2007.

PER CURIAM.

In this direct criminal appeal of his 120–month prison sentence for conspiring to distribute methamphetamine, Alfredo Hernandez–Aguilar (Hernandez) argues the

district court [1] erred in refusing to grant him a safety-valve reduction under U.S.S.G. § 5C1.2(a).

Upon careful review of the record, we conclude the court did not clearly err in determining Hernandez failed to demonstrate he was qualified for safety-valve relief. *See United States v. Soto,* 448 F.3d 993, 995 (8th Cir.2006) (standard of review). The information Hernandez provided during his safety-valve proffer interview regarding the quantity of drugs he had sold, the number of transactions he had with the government's confidential informant, and where he had obtained the drugs, was not consistent with the government's own observations and information. *See id.* at 996 (upholding denial of safety-valve reduction where defendant's story about his role in offense contradicted interviews of codefendants). Additionally, given the large drug quantities Hernandez was selling, the district court reasonably concluded Hernandez was also being untruthful when he claimed during his proffer interview that he could not identify his supplier. *See id.* (appellate court generally does not disturb district court's credibility findings).

Accordingly, we affirm.[2]

---

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

2. Hernandez has filed a pro se motion in which he refers to two sentencing issues he wishes to raise. It is generally our policy not to consider pro se filings by a party who is represented by counsel, *see United States v. Dierling,* 131 F.3d 722, 734 n. 7 (8th Cir.

Stephen A. ELEY, Appellant,

v.

**U.S. DEPARTMENT OF VETERANS AFFAIRS, Appellee.**

No. 06–1842.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 18, 2007.

Filed: Sept. 20, 2007.

Stephen A. Eley, Minneapolis, MN, pro se.

Lonnie Frank Bryan, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

---

PER CURIAM.

Stephen A. Eley appeals the district court's [1] adverse grant of summary judgment in his employment-discrimination action against his former employer, the Veterans Administration Medical Center. Having carefully reviewed the record and considered Eley's arguments, we find no basis for reversal. *See Jacob–Mua v.*

1997), and in any event the arguments fail. Accordingly, we deny the motion.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the proposed findings and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.